**Alterman, Cheryl** &lt;calterman@panynj.gov&gt;     Thu, Feb 28, 2019 at 11:19 AM
To: Jeffrey Rothman &lt;rothman.jeffrey@gmail.com&gt;

Jeff:

I consent to the filing of the Amended Complaint. ████████████████████████████████████

████████████████████████████████████████████████████████████████

***Cheryl Alterman, Esq.***

The Port Authority of New York and New Jersey

4 World Trade Center

150 Greenwich Street, 24th Floor

New York, New York 10006

Phone Number: (212)-435-3431

Fax Number: (212)-435-3834