SO ORDERED: 12/12/19

/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**Jeffrey A. Rothman**
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

DEC 1 2 2019

December 11, 2019

**By ECF To:**
Honorable Alison J. Nathan, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The post-discovery conference currently scheduled for December 20, 2019 is hereby adjourned to January 24, 2020 at 3:15 p.m.
> SO ORDERED.

Re: <u>Kosmidis v. Port Authority of NY and NJ, et al.</u>, 18 Civ. 8413 (AJN)

Your Honor:

I am counsel for Plaintiff in the above-captioned matter, and write – with opposing counsel's consent – to respectfully request that the Court adjourn the post-discovery conference presently scheduled for December 20, 2019 at 3 p.m., as discovery has been extended through January 11, 2020 by a December 5, 2019 docket text only order by Judge Lehrburger (docket # 56).

Dates in January following January 11, 2020[1] that both counsel are presently available are: January 16, 24, 27 (afternoon only), 29, 30, and 31. I thank the Court for its consideration in this matter.

Respectfully submitted,

/S/
Jeffrey A. Rothman
*Attorney for Plaintiff*
305 Broadway, Suite 100
New York, New York 10007
(212) 227-2980

---

[1] Plaintiff notes that - in light of an inadequate response to a subpoena that was received today from U.S. Customs and Border Protection - Plaintiff likely will also seek to compel further information from them, and may otherwise seek, via Rule 72 Objections to Judge Lehrburger's December 5th Order and / or otherwise, further time to complete other discovery.