UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Constantino Kosmidis,

        Plaintiff,

—v—

Port Authority of New York and New Jersey, *et al.*,

        Defendants.



JAN 1 3 2020

18-cv-8413 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's December 12, 2019 Order in the above-captioned matter, a post-discovery status conference is scheduled for January 24, 2020. In light of this deadline, it is hereby ORDERED that by January 17, 2020, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: January 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge