USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

**Jeffrey A. Rothman**
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

September 4, 2020

**By ECF To:**
Honorable Alison J. Nathan, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Kosmidis v. Port Authority of NY and NJ, et al.</u>, 18 Civ. 8413 (AJN)

Your Honor:

      I am counsel for Plaintiff in the above-captioned matter, and write to respectfully request that Plaintiff's time to file Rule 72 Objections to Judge Lehrburger's Report & Recommendation of August 27, 2020 (docket # 77) concerning Plaintiff's motion for spoliation sanctions be extended by eight days, through September 18, 2020 (they are presently due on September 10, 2020). I emailed opposing counsel this morning at 9:35 a.m. to seek her consent, but have not heard back from her. There have been no prior requests for an extension to this deadline.

      The reason for the request is that I will be in transit at the beginning of next week, after being away and working remotely all summer, and will have to unpack and organize a significant amount of material upon my return. I also have to be out on Long Island on the current deadline, September 10, 2020.

      I thank the Court for its consideration in this matter.

                           Respectfully submitted,

                              /S/

                           Jeffrey A. Rothman

> The Plaintiff's request is hereby granted. Plaintiff shall submit his objections to Judge Lehrburger's Report & Recommendation by September 18, 2020. Defendants' response is due by September 25, 2020.
> SO ORDERED. /s/ Alison J. Nathan  9/8/2020