```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Constantino Kosmidis,

           Plaintiff,

   –v–

Port Authority of New York and New Jersey, *et al.*,

           Defendants.

18-cv-8413 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 2, 2021, the Court received a voicemail from counsel for the Defendants inquiring how to submit courtesy copies of their motion for summary judgment, Dkt. No. 88. Due to the COVID-19 pandemic, the parties need not submit courtesy copies.

    The parties are reminded that pursuant to this Court's Individual Practices, except when communications involve sensitive or confidential information, all communications with the Court must be by letter filed on ECF.

    SO ORDERED.

Dated: February 2, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge