UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/21

Constantino Kosmidis,

        Plaintiff,

–v–

The Port Authority of New York and New Jersey,

        Defendant.

18-cv-8413 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the Court's schedule, the Court hereby ADJOURNS the pre-trial conference to **October 25, 2021 at 3:00 p.m.** The conference was originally scheduled for 1:00 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: September 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge