USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Constantino Kosmidis,

        Plaintiff,

–v–

The Port Authority of New York and New Jersey, *et al.*,

        Defendants.

18-cv-8413 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed at today's conference, the Court has set a tentative date for trial in this case for October 17, 2022. The Court will request this date in accordance with the District's COVID-19 protocols, assuming the protocols remain in effect for civil jury trials scheduled in fall of 2022. In the event that the protocols are amended to no longer require the Court to request a trial date for civil trials in fall of 2022, the Court will inform the parties and October 17, 2022 will be a firm trial date.

    The Court adopts the parties' proposed schedule for pre-trial submissions. Accordingly, the pre-trial submission identified in Rule 6 of the Court's Individual Practices must be filed by September 19, 2022. Responsive papers will be due by September 26, 2022.

    The parties are further ORDERED to submit a joint letter on or before December 1, 2021 advising the Court whether the parties seek referral to the Magistrate Judge for settlement discussions.

    SO ORDERED.

Dated: October 25, 2021

New York, New York

_____
ALISON J. NATHAN
United States District Judge