USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ATHINA KOSMIDIS *as executrix of the estate of* CONSTANTINO KOSMIDIS,

                      Plaintiff,

-v -

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BERNARD BUCKNER, STEVEN O'SHEA, ALEXANDER VELEZ, JR., JOSEPH RICCARDI, JR., JOHN DOES; *and* RICHARD ROES,

                      Defendants.

----------------------------------------------------------------- X

1:18-cv-08413-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      A jury trial in this matter will begin on **Monday, March 6, 2023 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Monday, February 6, 2023 at 1:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      The parties are directed to submit the following materials no later than **November 7, 2022**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

    SO ORDERED.

Dated: May 3, 2022  
New York, New York

                                                GREGORY H. WOODS  
                                        United States District Judge