UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHINA KOSMIDIS as executrix of the estate of CONSTANTINO KOSMIDIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 18-cv-08413 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　As stated on the record at the status conference on October 11, 2022, IT IS HEREBY ORDERED that the jury trial in this action shall commence on March 13, 2023, at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, and the Court will sit through Friday, as needed.  IT IS FURTHER ORDERED that the parties shall submit their Joint Pretrial Order, motions *in limine*, requests to charge, proposed voir dire questions, any pretrial memoranda of law, and all other material required by the Court's Individual Rules, no later than December 7, 2022.  The parties shall file any opposition to the motions *in limine* no later than December 14, 2022. There shall be no reply briefs for the motions *in limine*.  IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on March 6, 2023, at 2:00 p.m. in the aforementioned courtroom.

　　Finally, IT IS FURTHER ORDERED that the parties shall file a joint letter, no later than October 25, 2022, indicating whether they would like to schedule a settlement conference before the Magistrate Judge.

Dated: October 11, 2022　　　　　　　　　　　　　SO ORDERED.
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge