

February 27, 2023

**VIA ECF**
Honorable Jennifer L. Rochon, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:**   Athina Kosmidis v. The Port Authority of New York and New Jersey, et al.
           Docket No.: 18-cv-08413-(JLR)(RWL)

Dear Judge Rochon:

This office represents defendants the Port Authority of New York and New Jersey and the individually named defendants in the above-referenced matter. The undersigned's grandmother passed away this morning and we are requesting an adjournment of the pretrial conference that is scheduled for March 6, 2023 and the trial presently scheduled for March 13, 2023. We have conferred with plaintiff's counsel, and he consents to this adjournment request due to the extenuating circumstances.

Plaintiff's counsel requested that the trial be rescheduled to a date after September or any later date that is convenient for the Court due to his work schedule and other personal commitments. Counsel for defendants has two trials that are currently scheduled in September and October 2023. On September 20, 2023, the undersigned is scheduled for trial in *Cabrera v. Port Authority* in Supreme Court, Bronx County and before this Court in *Kocar v. Port Authority* on October 30, 2023.

We appreciate the Court's understanding during this time.

Respectfully submitted,

By:    /s/ Cheryl N. Alterman
       Cheryl N. Alterman, Esq.
       Direct Dial: (212) 435-3431

cc: Jeffrey A. Rothman, Esq. (Via ECF)

The request to adjourn the March 6, 2023 Pretrial Conference and the March 13, 2023 Trial are GRANTED. The parties' deadline to respond to ECF No. 153 is adjourned.

The Court will hold a video conference on **March 2, 2023** at **4:00PM** to discuss rescheduling deadlines, the pre-trial conference, and trial. The parties shall come prepared with dates they are available for trial in April. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Dated: February 27, 2023
New York, New York

SO ORDERED
*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge