# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ATHINA KOSMIDIS as executrix of the estate
of CONSTANTINO KOSMIDIS,

       Plaintiff,         18 **CIVIL** 8413 (JLR)

   -against-          **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, et al.,

        Defendants.

-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury

Trial before the Honorable Jennifer L. Rochon, United States District Judge, the jury having

returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
    May  9  , 2023

            **RUBY J. KRAJICK**

           _____

**So Ordered:**         **Clerk of Court**

          **BY:**  *K. Mango*

*Jennifer Rochon*     _____

**U.S.D.J.**           **Deputy Clerk**